| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | April 24, 2017 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-526, Immigrant Petition by Alien Entrepreneur | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| WAC1790297758 | April 20, 2017 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | |
| April 20, 2017 | 203 B5 I-526 | |

QIYUAN CHENG
C/O JAMES C. WOLF LIPMAN AND WOLF LLP
1390 WILLOW PASS ROAD STE 190          TO  00003935
CONCORD, CA  94520

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $3,675.00 |
|---|---|
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $3,675.00 |
| Total Balance Due: | $0.00 |

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS | (800)375-5283 |
| California Service Center | ATTORNEY COPY |
| P.O. Box 30111 |  |
| Laguna Niguel, CA  92607-0111 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14 Y