1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: 415-436-7298
6      Facsimile: 415-436-6748
       elizabeth.kurlan@usdoj.gov
7
8  Attorneys for Defendants

                 UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 | QIYUAN CHENG,                          ) CASE NO. 3:23-cv-139-AGT
                                            )
13 |        Plaintiff,                      ) **JOINT STATEMENT AND STIPULATION TO**
                                            ) **STAY THE PROCEEDINGS; [PROPOSED]**
14 |   v.                                   ) **ORDER**
                                            )
15 | UNITED STATES CITIZENSHIP AND          )
     IMMIGRATION SERVICES, *et al.*,        ) The Honorable Alex G. Tse
16 |                                        )
            Defendants.                     )
17 |                                        )
                                            )
18

19      Pursuant to the Court's Minute Entry Order issued on January 8, 2024, Dkt. 34, the parties

20 submit this joint written statement regarding Plaintiff's pending Form I-290B, Notice of Appeal or

21 Motion, that he filed with USCIS to request that the agency reopen or reconsider its denial of his I-526

22 petition. The parties apologize to the Court for their inadvertent delay in submitting this statement,

23 which was due on February 5, 2024, because the parties were engaged in discussions on the terms for a

24 resolution of this case. The parties have conferred and now stipulate to stay the proceedings in this case

25 for a limited time, until May 6, 2024, on the following terms:

26      1.      Within 10 days of the filing of this stipulation, Plaintiff will provide additional evidence

27 in support of his I-290B motion to USCIS, with a courtesy copy to Defendant's counsel.

28      2.      United States Citizenship and Immigration Services ("USCIS") agrees to take initial

STIPULATION
23-CV-139 AGT                                    1

adjudicative action (dismissal or sustainment relating to the Form I-290B, or approval, denial, Request for Evidence ("RFE"), or Notice of Intent to Deny ("NOID") relating to the I-526 petition) within 100 days of the filing of this stipulation.

       3.      If USCIS issues an RFE or NOID, USCIS will take the next adjudicative action within 90 days of receipt of Plaintiff's timely response to such notice, if any. Plaintiff agrees to provide USCIS, through counsel, with a tracking number for each response within two days of filing.

       4.      The parties agree to stay the Court's consideration of Defendants' motion to dismiss (Dkt. No. 23), pending the agency's adjudication of Plaintiff's I-290B motion.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 17, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the agency completes adjudication of Plaintiff's I-290B motion.

Dated: February 9, 2024

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

  /s/ *Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

1  Dated: February 9, 2024

2  　　　　　　　　　　　　　　　　　　/s/ *James C. Wolf*
　　　　　　　　　　　　　　　　　　JAMES C. WOLF
3  　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

4

5  　　　　　　　　　　　　[PROPOSED] ORDER

6  　Pursuant to stipulation, IT IS SO ORDERED.

7

8

9  Date:  February 12, 2024

10 　　　　　　　　　　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

STIPULATION
23-CV-139 AGT                                3