1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      FAX: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  QIYUAN CHENG,
                                           C 3:23-cv-00139 AGT
13                 Plaintiff,

14      v.                                 **JOINT STATUS REPORT AND STIPULATION
                                           TO CONTINUE THE STAY OF
15  UNITED STATES CITIZENSHIP AND          PROCEEDINGS; [PROPOSED] ORDER**
    IMMIGRATION SERVICES, an agency of the
16  Department of Homeland Security, *et al*.,

17                 Defendants.

18

19      The parties apologize to the Court for their delay in submitting their joints status report by June

20  21, 2024, due to the need for Defendants to confirm Plaintiff's approval of the stipulation.  The parties,

21  through their undersigned attorneys, submit this joint status report regarding Plaintiff's Form I-290B,

22  Notice of Appeal or Motion, that he filed with United States Citizenship and Immigration Services

23  ("USCIS) to request that the agency reopen or reconsider its denial of his I-526 petition. On June 7,

24  2024, USCIS issued a decision on Plaintiff's Form I-290B.  Plaintiff needs additional time to review the

25  decision.

26      Accordingly, the parties conferred and now stipulate to continue the stay the proceedings in this

27  case for a limited time, until July 22, 2024, at which time the parties will file a joint status report with

28
   Joint Status Report
   C 3:23-cv-00139 AGT                      1

1  the Court. At that time, the parties may request a further continuance of the stay of proceedings,

2  dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. In

3  accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed

4  herein concur in the filing of this document.

5  Dated:  June 24, 2024                          Respectfully submitted,

6                                                  ISMAIL J. RAMSEY
                                                   United States Attorney

7

8                                                   /s/ Elizabeth D. Kurlan
                                                   ELIZABETH D. KURLAN
9                                                  Assistant United States Attorney
                                                   Attorneys for Defendants

10

11  Dated:  June 24, 2024

                                                    /s/ James C. Wolf
12                                                 JAMES C. WOLF
                                                   Attorney for Plaintiff

13

14

15                          ~~[PROPOSED]~~ ORDER

16        Pursuant to stipulation, IT IS SO ORDERED.

17

18  Date:   June 25, 2024

19                                                 ALEX G. TSE
                                                   United States Magistrate Judge

20

21

22

23

24

25

26

27

28

Joint Status Report
C 3:23-cv-00139 AGT                        2