1   ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2   MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3   ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7298
6       Facsimile: 415-436-6748
elizabeth.kurlan@usdoj.gov
7
Attorneys for Defendants
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                SAN FRANCISCO DIVISION
11

12  QIYUAN CHENG,                    )  CASE NO. 3:23-cv-139-AGT
                                     )
13        Plaintiff,                 )  **JOINT STATUS REPORT AND STIPULATION**
                                     )  **TO A PROPOSED SCHEDULE FOR**
14        v.                         )  **PLAINTIFF'S FIRST AMENDED COMPLAINT;**
                                     )  **[PROPOSED] ORDER**
15  UNITED STATES CITIZENSHIP AND    )
    IMMIGRATION SERVICES, *et al.*,  )
16                                   )  The Honorable Alex G. Tse
          Defendants.                )
17                                   )
    _____)
18

19      The parties, through their undersigned attorneys, submit this joint status report regarding

20  Plaintiff's Form I-290B, Notice of Appeal or Motion, that he filed with United States Citizenship and

21  Immigration Services ("USCIS") to request that the agency reopen or reconsider its denial of his I-526

22  petition. On June 7, 2024, USCIS issued a decision dismissing the Form I-290B.

23      Accordingly, the parties conferred and hereby stipulate and respectfully request the Court to

24  place this case back on the Court's active docket proceedings. Subject to the Court's approval, the

25  parties also stipulate to the following:

26      1.      Plaintiff will file a first amended complaint by August 23, 2024.

27      2.      Defendants will file their response to Plaintiff's first amended complaint by

28  September 23, 2024.

STIPULATION
23-CV-139 AGT                           1

3.     Defendants hereby withdraw their motion to dismiss Plaintiff's complaint (Dkt. No. 23). The parties respectfully request that the Court grant their stipulation.

Dated: July 22, 2024                                    Respectfully submitted,[1]

                                                       ISMAIL J. RAMSEY
                                                       United States Attorney


                                                        /s/ Elizabeth D. Kurlan
                                                       ELIZABETH D. KURLAN
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants



Dated: July 22, 2024
                                                        /s/ James C. Wolf
                                                       JAMES C. WOLF
                                                       Attorney for Plaintiff


                                    [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.




Date:  July 24, 2024
                                                       _____
                                                       ALEX G. TSE
                                                       United States Magistrate Judge

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.