1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: 415-436-7298
6      Facsimile: 415-436-6748
       elizabeth.kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | QIYUAN CHENG,                              ) CASE NO. 3:23-cv-139-AGT
                                                )
13 |     Plaintiff,                             )
                                                ) **STIPULATION TO PROPOSED BRIEFING**
14 |   v.                                       ) **SCHEDULE FOR THE PARTIES' CROSS**
                                                ) **MOTIONS FOR SUMMARY JUDGMENT;**
15 | UNITED STATES CITIZENSHIP AND              ) [PROPOSED] **ORDER**
   IMMIGRATION SERVICES, *et al.*,              )
16 |                                            )
         Defendants.                            ) The Honorable Alex G. Tse
17 |                                            )
                                                )
18

19       Pursuant to Civil Local Rule 7-12, Plaintiff and Defendants, through their undersigned counsel,

20 hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for their cross

21 motions for summary judgment. On November 26, 2024, Defendants served Plaintiff with the certified

22 administrative record. Following Defendants' service of the administrative record, the parties conferred

23 and agree to the following proposed briefing schedule:

24       1.    Plaintiff will file his motion for summary judgment by February 3, 2025.

25       3.    Defendants will file their cross motion for summary judgment and opposition to

26 Plaintiff's motion by March 5, 2025.

27       4.    Plaintiff will file his reply and opposition to Defendants' cross motion by March 26,

28 2025.

STIPULATION
23-CV-139 AGT                                    1

5. Defendants will file their reply in support of their cross motion for summary judgment by April 16, 2025.

6. The parties will notice the hearing on their cross motions for summary judgment for May 2, 2025, at 10:00 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated: December 20, 2024

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: December 20, 2024

 /s/ James C. Wolf
JAMES C. WOLF
Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 2, 2025

ALEX G. TSE
United States Magistrate Judge

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.